# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2255

_____

| | | |
|---|---|---|
| John L. Henss, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Southern District of Iowa. |
| | * | |
| G. Dean Garland, | * | **[UNPUBLISHED]** |
| | * | |
| Appellee. | * | |

_____

Submitted: July 30, 1999
Filed: August 11, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

John L. Henss appeals from the district court's[1] order affirming the bankruptcy court's[2] order denying him a discharge pursuant to 11 U.S.C. §§ 523(a)(6); 727 (a)(2), (a)(3), and (a)(4). After carefully reviewing the bankruptcy court's findings of fact for clear error and its conclusions of law de novo, see In re Berger, 61 F.3d 624, 626 (8th

_____

[1]The HONORABLE CHARLES R. WOLLE, Chief Judge, United States District Court for the Southern District of Iowa.

[2]The HONORABLE RUSSELL J. HILL, United States Bankruptcy Judge for the Southern District of Iowa.

Cir. 1995), we conclude the court did not err in denying discharge based on its determination that Henss made false and material statements under oath with intent to defraud his creditors, see 11 U.S.C. § 727(a)(4); In re Mertz, 955 F.2d 596, 598 (8th Cir. 1992); In re Olson, 916 F.2d 481, 484 (8th Cir. 1990).

Given the bankruptcy court's thorough treatment of the discharge issue, we conclude that an extended discussion is not warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.